UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                              :
UNITED STATES OF AMERICA
                                              :    CONSENT PRELIMINARY ORDER
           - v. -                                   OF FORFEITURE/
                                              :    MONEY JUDGMENT
YOLANDA RATCLIFF,
                                              :    S3 23 Cr.80 (LTS)
           Defendant.
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

WHEREAS, on or about ~~February 10,~~ April 11, 2023, YOLANDA RATCLIFF (the "Defendant"), was charged in a one-count Superseding Information, S3 23 Cr. 80 (LTS) (the "Information"), with conspiracy to commit wire fraud in violation of Title 18, United States Code, Section 371;

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c) of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count One of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, on or about April 11, 2023, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), a sum of money equal to $70,000 in United States currency,

representing proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $70,000 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained; (i) $15,000 of which the Defendant is jointly and severally liable with co-defendant Rodney Smith ("Smith") and the forfeiture money judgment entered against him in this case; (ii) $1,000 of the $15,000 which the Defendant is jointly and severally liable with Zhane Ratcliff and the forfeiture money judgment entered against her in this case; and (iii) $5,000 of the $15,000 which the Defendant is jointly and severally liable with co-defendant Priscilla Jackson ("Jackson") to the extent forfeiture money judgment is entered against Jackson in this case; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney, Kedar S. Bhatia, Rebecca T. Dell, Derek Wikstrom of counsel, and the Defendant, and her counsel, Donna Newman, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $70,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, (i) $15,000 of which the Defendant is jointly and severally liable with co-defendant Smith and the forfeiture money

judgment entered against him in this case; (ii) $1,000 of the $15,000 of which the Defendant is jointly and severally liable with Zhane Ratcliff and the forfeiture money judgment entered against her in this case; and (iii) $5,000 of the $15,000 which the Defendant is jointly and severally liable with co-defendant Jackson to the extent forfeiture money judgment is entered against Jackson in this case, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, YOLANDA RATCLIFF, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Department of Treasury, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number

4. The United States Marshals Service or its designee shall be authorized to deposit the payment on the Money Judgment into the Asset Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to 21 U.S.C. § 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate

or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

       7.       The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____     4/11/23
KEDAR S. BHATIA                      DATE
REBECCA T. DELL
DEREK WIKSTROM
Assistant United States Attorneys
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2465/2198/1085


YOLANDA RATCLIFF
By: _____     4/11/23
YOLANDA RATCLIFF                     DATE


By: _____     4/11/2023
DONNA NEWMAN, ESQ.                   DATE
Attorney for Defendant
20 Vesey Street, Suite 400
New York, NY 10007
donnanewmanlaw@aol.com


SO ORDERED:

_____          4/11/23
HONORABLE LAURA TAYLOR SWAIN         DATE
UNITED STATES DISTRICT JUDGE