```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA              :

        - v. -                        :    CORRECTED PRELIMINARY
                                           ORDER OF FORFEITURE/
YOLANDA RATCLIFF,                     :    MONEY JUDGMENT

            Defendant.                :    S3 23 Cr.80 (LTS)

                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

WHEREAS, on or about April 11, 2023, YOLANDA RATCLIFF (the "Defendant"), was charged in a one-count Superseding Information, S3 23 Cr. 80 (LTS) (the "Information"), with conspiracy to commit wire fraud in violation of Title 18, United States Code, Section 371 (Count One);

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c) of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count One of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, on or about April 11, 2023, the Defendant pled guilty to Count One of the Information;

WHEREAS, on or about April 13, 2023, the Court entered a Consent Preliminary Order of Forfeiture/Money Judgment imposing a forfeiture money judgment against the Defendant in the amount of $70,000 in United States currency (the "Money Judgment") representing proceeds

traceable to the commission of the offense charged in Count One of the Information (the "Preliminary Order of Forfeiture");

WHEREAS, the Preliminary Order of Forfeiture in paragraph 3, incorrectly directed the Defendant to make payments on the Money Judgment payable to the United State Department of Treasury rather than to the United States Marshals Service; and

WHEREAS, the Preliminary Order of Forfeiture is to be corrected only as to the corrected agency, and the Preliminary Order of Forfeiture should in all other respects remain unchanged and fully incorporated herein;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

2. The Court shall retain jurisdiction to enforce this Corrected Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED:

/s/ Laura Taylor Swain                              8/15/2023
HONORABLE LAURA TAYLOR SWAIN                        DATE
UNITED STATES DISTRICT JUDGE