Law Offices of
**Donna R. Newman**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
Tel. 212-229-1516
Fax. 212-593-1844
cell: 201-306-4369
donnanewmanlaw@aol.com

Member: N.Y. & N.J. Bar

---

August 11, 2023

**BY ELECTRONIC MAIL & ECF**

The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re: *United States v. Smith, Yolanda Ratcliff*
    23cr80 (LTS)

Dear Judge Swain:

    With the consent of the Government, I write to request an adjournment of Yolanda Ratcliff's sentence that is currently scheduled for September 7th at 2:30. Ms. Ratcliff's sentencing memorandum is due to be filed while I am on vacation and thus, I would greatly appreciate if the Court would grant an adjournment of Ms. Ratcliff's sentencing until September 28 at 11:30 a.m. which is a time and date which the parties and the Court are available.

Respectfully,
/s/
Donna R. Newman
CC: AUSA Rebecca Dell
      AUSA Derek Wikstrom
      AUSA Kedar Bhatia

The foregoing adjournment request is granted. Upon further discussion with the parties, the sentencing is hereby adjourned to October 13, 2023 at 11:30 am. DE 146 is resolved.
SO ORDERED.
8/16/2023
/s/ Laura Taylor Swain, Chief USDJ