Law Offices of
## Donna R. Newman
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
Tel. 212-229-1516
Fax. 212-593-1844
cell: 201-306-4369
donnanewmanlaw@aol.com

Member: N.Y. & N.J. Bar

---

October 31, 2023

**BY ELECTRONIC MAIL & ECF**

The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re: *United States v. Smith, Yolanda Ratcliff*
    23cr80 (LTS)

Dear Judge Swain:

    Ms. Ratcliff is scheduled to be sentenced on Tuesday November 7th at 10:30. The Government filed its sentencing submission today. As per the Court's individual rules, Ms. Ratcliff's Reply is due no later than 3 business days before sentencing. Accordingly, Ms. Ratcliff's reply should be submitted on Thursday November 2nd. Due to demands and other deadlines in other matters, I will be unable to file a Reply on Thursday. The Government has agreed to permit Ms. Ratcliff's Reply to be filed on Friday, November 3rd. Wherefore, I respectfully request the Court grant Counsel an extension for the filing of Ms. Ratcliff's Reply until Friday November 3rd.

Respectfully,
/s/
Donna R. Newman
CC: AUSA Rebecca Dell
    AUSA Derek Wikstrom
    AUSA Kedar Bhatia

The foregoing request is granted. Ms. Ratcliff's reply submission shall be due by November 3, 2023. DE 196 is resolved.
SO ORDERED.
November 1, 2023
/s/ Laura Taylor Swain, Chief USDJ