Law Offices of
**Donna R. Newman**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
Tel. 212-229-1516
Fax. 212-593-1844
cell: 201-306-4369
donnanewmanlaw@aol.com

Member: N.Y. & N.J. Bar

---

December 8, 2023

**BY ELECTRONIC MAIL & ECF**

The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re: *United States v. Smith, Yolanda Ratcliff*
    23cr80 (LTS)

Dear Judge Swain:

    I write as a joint request of the Government and Ms. Ratcliff to extend the time for the filing of a proposed restitution order that is due today until Wednesday December 13th. The parties have been in extensive negotiations regarding the exact language of the order but have not finalized an agreed upon proposed restitution order. I believe that a few more days is all that is needed for the parties to finalize agreed upon language of the proposed order. Accordingly, I respectfully request the Court permit until December 13th for the parties to submit a proposed restitution order for the Court's consideration.

Respectfully submitted,
/s/
Donna R. Newman
Cc: AUSA Rebecca Dell
    AUSA Derek Wikstrom
    Yolanda Ratcliff via email

The foregoing request is granted.
SO ORDERED.
December 8, 2023
/s/ Laura Taylor Swain