<u>**MEMO ENDORSED**</u>

Law Offices of
**Donna R. Newman**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
Tel. 212-229-1516
Fax. 212-593-1844
cell: 201-306-4369
<donnanewmanlaw@aol.com>

Member: N.Y. & N.J. Bar

---

January 9, 2024

**BY ELECTRONIC MAIL & ECF**

The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Smith, Yolanda Ratcliff*
    23cr80 (LTS)

Dear Judge Swain:

  I write to request the Court order the release of Ms. Ratcliff's passport that is currently in the possession of Pretrial Services. Ms. Ratcliff deposited her passport with pretrial services as a condition of her pretrial bond. Ms. Ratcliff was sentenced by Your Honor on November 9, 2023, to a four-year term of probation. She is currently serving her sentence. I have conferred with the Government and they do not oppose Pretrial's return of Ms. Ratcliff's passport to her.

Respectfully submitted,
/s/
Donna R. Newman
Cc: AUSA Rebecca Dell
  AUSA Derek Wikstrom
  Yolanda Ratcliff

---

The foregoing request is granted. The Office of Pretrial Services is respectfully directed to return Ms. Ratcliff's passport.
SO ORDERED.
January 10, 2024
/s/ Laura Taylor Swain, Chief USDJ