UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES

   -v-                                  No.   23-CR-80-LTS-4

YOLANDA RATCLIFF,

      Defendant.

-------------------------------------------------------x

<u>ORDER</u>

In light of the Order of Restitution entered at docket entry no. 215, the Restitution Hearing in this case, currently scheduled to proceed on Tuesday, January 30, 2024, at 10:30 am in Courtroom 17C, is hereby **cancelled**.

SO ORDERED.

Dated: New York, New York
      January 16, 2024

                                          __/s/ Laura Taylor Swain_____
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge